IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

2009 SEP 30 A 9: 26

| | |
|---|---|
| Laura Beth Hattersley, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 9:09-2175-SB |
| ) | |
| South Carolina, State of; Dorchester, ) | |
| County of; North Charleston Church ) | |
| of Christ; North Charleston Police ) | **ORDER** |
| Department; Don Blackwell; Richard ) | |
| Anderson; Richard Hopkins; B. ) | |
| Chambers; Fred Dan York; Jon Zumalt; ) | |
| M. Lawless, ) | |
| ) | |
| Defendants. ) | |



This matter is before the Court upon the Plaintiff's pro se complaint requesting injunctive and/or declaratory relief against the above-named Defendants in connection with currently-pending state charges. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On September 2, 2009, Magistrate Judge Robert S. Carr issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court abstain from exercising subject matter jurisdiction over the Plaintiff's claims challenging the validity of pending state law charges. Attached to the R&R was a notice advising the Plaintiff of her right to file specific, written objections to the R&R within ten days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d

198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, the Court need not conduct a de novo review of any portion of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that the Plaintiff's complaint is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

September 29, 2009
Charleston, South Carolina